NOTE: CHANGES MADE BY THE COURT

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES MURANAKA, | Case No. 2:25-cv-002927-ODW (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 68(a), and in accordance with Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC's ("JLRNA" or "Defendant") Second Amended Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure served on November 24, 2025, and Plaintiff CHARLES MURANAKA's ("Plaintiff") timely Acceptance of the Offer and Notice of Acceptance re-filed on December 10, 2025, judgment is hereby entered against JLRNA as follows:

1. Without admitting liability, JLRNA (through its surrender agent Morley) will pay Plaintiff CHARLES MURANAKA the sum of $140,000.00 to settle Plaintiff's claims against JLRNA in exchange for the subject 2019 Jaguar I-

-1-

JUDGMENT

1 Pace, VIN: SADHD2S1XK1F71430 ("Vehicle"), inclusive of any outstanding loan pay off for the Vehicle, civil penalties and any incidental/consequential, punitive damages, prejudgment interest, and any and all liability claimed in this action (if there is an outstanding loan on the Subject Vehicle, JLRNA (via Morley) shall pay the lender the amount necessary to pay off the loan for the Subject Vehicle from the settlement sum, and Plaintiff shall receive the entire remaining amount). Any funds due to Plaintiff will be issued by Morley via a check payable to "Conn Law, P.C."

2. JLRNA (via Morley) will perform its obligations within 60 days of acceptance on a mutually agreeable date and location, with Plaintiff returning the Subject Vehicle to a mutually agreeable authorized JLRNA dealership and on or before that same date executing all required California Department of Motor Vehicle forms, including but not limited to, DMV Form 262, necessary to transfer title of the Subject Vehicle to JLRNA free and clear of all liens and encumbrances (except for any loan for the purchase or refinance of the Subject Vehicle, which will be paid as stated above), and JLRNA (via Morley) providing Plaintiff and Plaintiff's lender, if any, with the check or checks necessary to obtain clear title for the Subject Vehicle after completion of surrender. Plaintiff will promptly provide current loan payoff information, a copy of the current registration of the Subject Vehicle, and a copy of the front and back sides of the Subject Vehicle's title (if available).

3. In addition, Plaintiff may seek, and JLRNA will pay, an award of costs and expenses, and an award of attorney' fees recoverable pursuant to California Civil Code Section 1794(d) by noticed motion pursuant to FRCP 54 if the parties cannot otherwise agree. If a motion is needed, Plaintiff shall be deemed the prevailing party, but this shall not be construed as a waiver of JLRNA's rights to assert arguments in opposition thereto based on the reasonableness of the fees, costs or expenses sought. JLRNA will satisfy such funding obligations within 60 days.

JUDGMENT

4. JLRNA will waive its fees, costs, and expenses in this action, should it have any as recoverable by law.

5. Plaintiff will file a stipulated dismissal, with prejudice, as to entire action, against all defendants, within 10 days after satisfaction of funding.

Dated: December 11, 2025

_____
OTIS D. WRIGHT, II,
UNITED STATES DISTRICT JUDGE